# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANNA ENGLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action Number: 2:21-CV-00232-KOB |
| DEVINCI'S PIZZA, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF JOHN ALBERT DECASTRO DAY

I, John Albert DeCastro Day, declare and state:

1. My name is John Albert DeCastro Day, and I am over nineteen years of age and am competent to make this affidavit. I have personal knowledge of the matters contained herein.

2. I am the Manager of DeVinci's Pizza, which is owned by my parents, Ira and Roland Day.

3. Sometime in early 2019, Anna Engler came to DeVinci's Pizza and asked for employment. After speaking with her about the job and her experience as a server, we discussed compensation methods. As I did with all my server employees, I explained that her compensation would be from cash and credit card tips, and an hourly wage. My practice was to total the tips from the credit card

receipts plus the cash tips for the individual server at the end of each shift, and to add additional money in cash to pay them for the hours they worked.

4. The cash payment for the hours would typically be between $2.20 and $5.00 per hour which would be in addition to the cash and credit card tips the servers would receive from the customers at DeVinci's.

5. Anna Engler would have been compensated in this manner for the hours that she worked while employed at DeVinci's Pizza. Although I did not keep records of the hourly wage paid to Anna Engler, she was paid by DeVinci's in addition to the cash and credit card tips she received during her shift. Between tips and wages, Anna Engler received far more than minimum wage for each hour she worked. It was unusual for Ms. Engler to receive less than $100 during a shift.

6. Although I do not have records of the exact hourly schedule which Anna Engler worked, based on the practice at DeVinci's, she would not have worked in excess of 20 hours per week during a typical workweek. I have no recollection of her ever working 40 hours during any one week while she was employed by DeVinci's.

7. I declare under penalty of perjury that the foregoing statements are true and correct.

**FURTHER THE AFFIANT SAITH NOT.**

4-9-22
Date

John Albert DeCastro Day

**STATE OF ALABAMA** )
)
**JEFFERSON COUNTY** )

    **BEFORE ME,** the undersigned Notary Public in and for Jefferson County, Alabama, personally appeared John Albert DeCastro Day, whose name is signed to the foregoing and who is known to me, and the Affidavit was sworn to and subscribed this 9th day of April, 2022.

Notary Public
My Commission Expires: 3-4-2024

3